**FILED**
CLERK, U.S. DISTRICT COURT

08/03/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_JBB\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JOHNNY RAY GASCA and<br>DAVID RICHARD TSCHERNY,<br><br>　　　　Defendants. | CR 2:21-cr-00351-AB<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 1201(a)(1), (a)(2), 7(3): Kidnapping; 18 U.S.C. § 1951(a): Interference with Commerce by Extortion] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 1201(a)(1), (a)(2), 7(3), 2(a)]

[ALL DEFENDANTS]

On or about July 19, 2021, in Los Angeles and Orange Counties, within the Central District of California, and at the West Los Angeles Veterans Administration Medical Center, a place within the special maritime and territorial jurisdiction of the United States, defendants JOHNNY RAY GASCA and DAVID RICHARD TSCHERNY, each aiding and abetting the other, knowingly, willfully, and unlawfully seized, confined, inveigled, decoyed, kidnapped, abducted, and carried away

victim E.C., and held victim E.C. for any reason, and used a means, facility, and instrumentality of interstate and foreign commerce, namely, a motor vehicle, in committing and in furtherance of the offense.

COUNT TWO

[18 U.S.C. §§ 1951(a), 2(a)]

[ALL DEFENDANTS]

On or about July 19, 2021, in Los Angeles and Orange Counties, within the Central District of California, and elsewhere, defendants JOHNNY RAY GASCA and DAVID RICHARD TSCHERNY, each aiding and abetting the other, obstructed, delayed, and affected interstate commerce, by knowingly and willingly committing extortion, in that defendants GASCA and TSCHERNY obtained property consisting of approximately $17,504.80 from victim E.C.'s JPMorgan Chase, N.A. checking account, with victim E.C.'s consent induced by the wrongful use of actual and threatened force, violence, and fear, to victim E.C.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOANNA M. CURTIS
Assistant United States Attorney
Chief, Violent & Organized Crime Section

JEFFREY M. CHEMERINSKY
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section

KEVIN B. REIDY
Assistant United States Attorneys
Violent & Organized Crime Section

3